# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149646(89)(91)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

       SC: 149646
       COA: 312649
       Wayne CC: 12-003370-FC

CHARLES HOLIDAY MALONE,
       Defendant-Appellant.

_____/

     On order of the Court, the motion to strike is DENIED. The motion for reconsideration of this Court's October 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015



Clerk

d0518